1   COOLEY LLP
    TERESA H. MICHAUD (296329)                    REECE TREVOR (316685)
2   (tmichaud@cooley.com)                         (rtrevor@cooley.com)
    SARA VICTORIA M. PITT (317611)                3 Embarcadero Center
3   (sporter@cooley.com)                          20th Floor
    355 South Grand Avenue                        San Francisco, California  94111-4004
4   Suite 900                                     Telephone:      +1 415 693 2000
    Los Angeles, California  90071                Facsimile:      +1 415 693 2222
5   Telephone:      +1 213 561 3250
    Facsimile:      +1 213 561 3244
6
    AMANDA JEREIGE (324644)
7   (ajereige@cooley.com)
    10265 Science Center Drive
8   San Diego, California 92121-1117
    Telephone: +1 858 550 6000
9   Facsimile: +1 858 550 6420

10  Attorneys for Defendants FUNPLUS
    INTERNATIONAL AG and
11  KINGSGROUP HOLDINGS

12  *Additional counsel on signature page.*

13              UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA

15  ANGELA PRADO, ET AL.,                 Case Nos.   4:22-cv-05023-YGR
                                                      4:23-cv-02667-YGR
16              Plaintiffs,                           4:23-cv-04122-YGR
        v.
17                                        **STIPULATION** ~~AND [PROPOSED]~~ **ORDER TO**
    FUNPLUS INTERNATIONAL AG, a Swiss     **EXTEND JURISDICTIONAL DISCOVERY**
18  Public Limited Company, and KINGSGROUP **DEADLINE & RELATED DEADLINES**
    HOLDINGS, a Cayman Islands corporation,
19              Defendants.

20  YOVANNI YANEZ, ET AL.,

21              Plaintiffs,
        v.
22
    FUNPLUS INTERNATIONAL AG, ET AL.,
23
                Defendants.
24  LOREN KELLY,
25              Plaintiffs,
        v.
26
    FUNPLUS INTERNATIONAL AG, ET AL.,
27
                Defendants.
28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

                              **STIPULATION TO EXTEND DISCOVERY**
                              **DEADLINE (CASE NOS. 4:22-CV-05023-YGR,**
                              **4:23-CV-02667-YGR, 4:23-CV-04122-YGR)**

Pursuant to Local Rule 6-2, Plaintiffs Angela Prado, Staci Turner, Kimberly Surette, Bryan Kauffman, Cyrenna Dewhurst, Derik Niederquell, Heriberto Santana, and Paul Mazey (collectively, the "*Prado* Plaintiffs"), Yovanni Yanez and Emelyn Matos (collectively, the "*Yanez* Plaintiffs"), and Loren Kelly (the "*Kelly* Plaintiff," and together with the *Prado* and *Yanez* Plaintiffs, "Plaintiffs"), and Defendants FunPlus International AG and KingsGroup Holdings, hereby stipulate and request an order extending the current deadlines for jurisdictional discovery and for the filing of Plaintiffs' anticipated amended complaint(s) as follows:

WHEREAS, on February 9, 2024, Defendants filed an Omnibus Motion to Dismiss the Amended *Prado*, *Yanez*, and *Kelly* Complaints, to which Plaintiffs responded on March 11, 2024, and Defendants replied on April 8, 2024 (*Prado* ECF Nos. 68, 72, 78);

WHEREAS, on November 4, 2024, the Court granted Defendants' Omnibus Motion to Dismiss with leave to amend,  and also gave Plaintiffs leave to conduct limited jurisdictional discovery to be completed by January 31, 2025 (*Prado* ECF No. 90 at 10) in *Prado*, *Yanez*, and *Kelly*;

WHEREAS, on November 22, 2024, Plaintiffs served Defendants with 24 interrogatories, 18 requests for production, and 29 requests for admission, and indicated a desire to depose multiple witnesses, including Rule 30(b)(6) witnesses on 20 stated topics (collectively, the "Discovery Requests");

WHEREAS, on December 12, 2024, the parties met and conferred regarding the application of the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters ("Hague Convention") to Plaintiffs' Discovery Requests, including information requested from Defendants located in Switzerland and China, and, having reached an impasse, submitted a joint letter brief on December 23, 2024 (*Prado* ECF No. 93);

WHEREAS, on December 26, 2024, the Court referred these actions to Magistrate Judge Cisneros for all discovery matters, including the parties' then-pending Hague Convention dispute (*Prado* ECF No. 94);

WHEREAS, on December 27, 2024, Judge Cisneros requested additional briefing from the parties, with Defendants' supplemental brief and declarations and Plaintiffs' Discovery Requests

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

1

STIPULATION TO EXTEND DISCOVERY
DEADLINE (CASE NOS. 4:22-CV-05023-YGR,
4:23-CV-02667-YGR, 4:23-CV-04122-YGR)

to be due on January 8, 2025 and Plaintiffs' opposition to Defendants' supplemental brief to be due on January 13, 2025 (*Prado* ECF No. 97);

WHEREAS, on January 8, 2025, Plaintiffs filed the Discovery Requests, along with a supporting declaration, and Defendants filed a supplemental brief and supporting expert declarations regarding the applicability of the Hague Convention (*Prado* ECF Nos. 98, 99, 100);

WHEREAS, on January 13, 2025, Plaintiffs filed an opposition to Defendants' supplemental brief (*Prado* ECF No. 101);

WHEREAS, on January 26, 2025, Judge Cisneros issued an Order (1) denying Defendants' request that jurisdictional discovery proceed under the Hague Convention and directing the parties to proceed under the Federal Rules of Civil Procedure; (2) narrowing the scope of certain of Plaintiffs' Requests for Production and Interrogatories "to focus the scope of discovery on Defendants' contacts with California"; and (3) instructing the parties that, to the extent there are any remaining disputes as to the scope of Plaintiffs' discovery requests, the parties should meet and confer and file a joint discovery letter by no later than January 31, 2025, the current deadline to complete jurisdictional discovery (*Prado* ECF No. 102);

WHEREAS, the parties conducted an initial meet and confer on January 30, 2025 to discuss the remaining Discovery Requests and the scheduling of Defendants' responses and depositions;

WHEREAS, the parties have been and are continuing to work diligently to complete the Plaintiffs' jurisdictional discovery, but are unable to do so before the January 31, 2025 discovery deadline;

WHEREAS, the parties are continuing to exchange positions and to meet and confer in order to attempt to resolve any pending disputes regarding the scope of the Discovery Requests and avoid the Court's intervention to the extent possible;

WHEREAS, the parties have now reached an agreement on a schedule to facilitate Defendants' response to jurisdictional discovery and agree that good cause exists to extend the deadlines (1) to afford Defendants the ability to respond and produce jurisdictional discovery, (2) to afford Plaintiffs the ability to review and consider Defendants' discovery; (3) to discuss any

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

2

**STIPULATION TO EXTEND DISCOVERY
DEADLINE (CASE NOS. 4:22-CV-05023-YGR,
4:23-CV-02667-YGR, 4:23-CV-04122-YGR)**

1  remaining discovery disputes between them, and obtain rulings from Magistrate Judge Cisneros if

2  necessary; and (4) for Plaintiffs to file further amended complaints.

3          NOW, THEREFORE, and without waiving any other rights, positions, or defenses they may

4  have, the parties hereby **stipulate and agree**, and respectfully request an extension from the Court

5  as follows:

6  (1) Defendants' written discovery and document productions to be completed by **March 7, 2025[1]**;

7  (2) any deposition(s) to be completed by **March 31, 2025**;

8  (3) any discovery disputes shall be submitted to the Court by **April 15, 2025**;

9  (4) Plaintiffs' amended complaint(s) shall be filed by **May 30, 2025**; and

10 (5) Defendants' response to any amended complaint(s) shall be due by **June 27, 2025**.

11         IT IS SO STIPULATED.

12
13 Dated: January 31, 2025                              COOLEY LLP

14

15                                                      By: _/s/ Teresa H. Michaud_
                                                            Teresa H. Michaud
16                                                          Sara Victoria M. Pitt
                                                            Reece Trevor
17                                                          Amanda Jereige

18                                                      Attorneys for Defendants
                                                        FUNPLUS INTERNATIONAL AG and
19                                                      KINGSGROUP HOLDINGS

20

21

22

23

24

25

26  _____
    [1] Defendants have represented to Plaintiffs that Defendants will produce documents on a rolling
27  basis and endeavor to provide responses to written discovery before the deadline, or, as to specific
    written requests or 30(b)(6) deposition topics Defendants may challenge, to initiate the meet-and-
28  confer process in advance of the March 7, 2025 response deadline in the spirit of the just and
    efficient resolution of any disputes.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

3

STIPULATION TO EXTEND DISCOVERY
DEADLINE (CASE NOS. 4:22-CV-05023-YGR,
4:23-CV-02667-YGR, 4:23-CV-04122-YGR)

| | |
|---|---|
| 1 | Dated: January 31, 2025 |
| 2 | |

COOLEY LLP

By: */s/ Leah Rosa Vulic*
Leah Rosa Vulic

Karl S. Kronenberger (226112)
karl@kr.law
Leah Rosa Vulić (343520)
leah@kr.law 150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155

JANOVE PLLC
Raphael Janove (admitted pro hac vice)
raphael@janove.law
500 7th Avenue, 8th Fl.
New York, NY 10018
Telephone: (646) 347-3940

JAY KUMAR LAW
Jay Kumar (admitted pro hac vice)
jay@jaykumarlaw.com
73 W. Monroe Street, Suite 100
Chicago, IL 60603
Telephone: (312) 767-7903

LAW OFFICE OF MAX RODRIGUEZ PLLC
Max Rodriguez (admitted pro hac vice)
max@maxrodriguez.law
12 East 49th Street, 11th Floor
New York, NY 10017
Telephone: (646) 741-5167

POLLOCK COHEN LLP
Adam Pollock (admitted pro hac vice)
adam@pollockcohen.com
111 Broadway, Ste. 1804
New York, NY 10006
Telephone: (212) 337-5361

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

4

STIPULATION TO EXTEND DISCOVERY
DEADLINE (CASE NOS. 4:22-CV-05023-YGR,
4:23-CV-02667-YGR, 4:23-CV-04122-YGR)

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:   February 3, 2025

4

5                                                        Hon. Yvonne Gonzalez Rogers
                                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

5

STIPULATION TO EXTEND DISCOVERY
DEADLINE (CASE NOS. 4:22-CV-05023-YGR,
4:23-CV-02667-YGR, 4:23-CV-04122-YGR)